1  Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
   **MANNING LAW, APC**
2  20062 SW Birch Street, Ste. 200
3  Newport Beach, CA 92660
   Office: (949) 200-8755
4  DisabilityRights@manninglawoffice.com

5  Attorneys for Plaintiff ANTHONY BOUYER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ANTHONY BOUYER, an individual, | **Case No**. 2:20-cv-03803-MWF-PVC |
|---|---|
| Plaintiff, | **JOINT STATUS REPORT RE: SETTLEMENT** |
| v. | |
| ZVI Y. STRAUSMAN, and SARA STRAUSMAN, individually and as trustees of the STRAUSMAN FAMILY TRUST DATED MARCH 13, 2008; and DOES 1-10, inclusive, | |
| Defendants. | |

Plaintiff ANTHONY BOUYER, and Defendants ZVI Y. STRAUSMAN, and SARA STRAUSMAN (collectively, the "Parties") respectfully submit this Joint Status Report regarding settlement of the instant action.

The Parties participated in mediation on December 16, 2020 and were unable to reach an agreement regarding resolution. The Parties continue to disagree

1
Joint Status Report

regarding the status of the alleged barriers.

Dated: December 22, 2020  **MANNING LAW, APC**

             By: /s/ *Joseph R. Manning Jr.*
                Joseph R. Manning Jr., Esq.
                Attorneys for Plaintiff

Dated: December 22, 2020  **LAW OFFICES OF ALBERT CHANG**

             By: /s/ *Hyunsuk Albert Chang*
                Hyunsuk Albert Chang, Esq.
                Attorney for Defendants

### Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)

  Pursuant to Local Rule 5-4.3.4(a)(2)(i), signatories hereby do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: December 22, 2020  **MANNING LAW, APC**

             By: /s/ *Joseph R. Manning Jr.*
                Joseph R. Manning Jr., Esq.
                Attorneys for Plaintiff