JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOUYER, an individual,<br><br>     Plaintiff,<br><br>v.<br><br>ZVI Y. STRAUSMAN, and SARA STRAUSMAN, individually and as trustees of the STRAUSMAN FAMILY TRUST DATED MARCH 13, 2008; and DOES 1-10, inclusive,<br><br>     Defendants. | Case No. CV 20-3803-MWF (PVCx)<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

After consideration of the Joint Stipulation for Dismissal of the entire action without Prejudice filed by Plaintiff Anthony Bouyer ("Plaintiff") Zvi Y. Strausman, and Sara Strausman ("Defendants"), the Court hereby enters a dismissal without prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated:  October 5, 2021         _____
                                                         MICHAEL W. FITZGERALD
                                                         United States District Judge